IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEROY JAY SPEIGEL,  CV. 05-394-MA

        Petitioner,  ORDER

   v.

TIM CAUSEY,

        Respondent.

MARSH, Judge

    Petitioner's motion for voluntary dismissal (#31) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _22_ day of June, 2006.

                               _/s/  Malcolm F. Marsh_____
                               Malcolm F. Marsh
                               United States District Judge